# Walden Macht & Haran LLP

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/28/2017



One Battery Park Plaza, 34th Floor
New York, NY 10004
212 335 2030

December 26, 2017

VIA EMAIL
The Honorable Valerie Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, New York 10007

Re: *USA v. Percoco et al.,* Index No. 16-CR-776

Dear Judge Caproni:

We represent Defendant Joseph Gerardi in the above-referenced matter. We respectfully submit this letter on behalf of Mr. Gerardi and Mr. Steven Aiello (the "Syracuse Defendants") regarding the Syracuse Defendant's joint exhibit list submitted to the Court via email on December 22, 2017 pursuant to the Court's orders dated December 15, 2017 and December 20, 2017 (Docket Nos. 396 and 406).

We had also filed the same exhibit list via ECF. However, as indicated in our December 22, 2017 email, we recognize that the exhibit list contains personal identifying information in the descriptions of the defendants and potential witnesses. As such, we are requesting permission to remove the draft exhibit list from the docket at this time. If granted, we will make the requisite request to the Court clerk with the Court Order to remove the exhibit list.

Thank you for your consideration in this matter.

Respectfully submitted,

/s/ Milton L. Williams

Milton L. Williams
Avni P. Patel

Enclosures

cc: All counsel of record (via email)

Request GRANTED. The Clerk is respectfully directed to deactivate the hyperlink (but not to delete the docket entry) at Dkt. 411.
SO ORDERED.

*Valerie Caproni*  12/28/2017

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE