UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA,                     :
                                              :
    - v. -                                    :
                                              :
JOSEPH PERCOCO,                               :     16-CR-776 (VEC)
    a/k/a "Herb,"                             :
PETER GALBRAITH KELLY, JR.,                   :     VERDICT FORM
STEVEN AIELLO,                                :
JOSEPH GERARDI,                               :
                                              :
                    Defendants.               :
------------------------------------------------------------ X

*All jurors must agree on the answers to all of the questions.  Please indicate your verdict with a check mark (✓).*

## COUNT ONE:
### Conspiracy to Commit Extortion Under Color of Official Right

On the charge of conspiracy to commit extortion under color of official right, we the jury find the Defendant JOSEPH PERCOCO:

   Not Guilty __✓__            Guilty _____

*If you find the Defendant JOSEPH PERCOCO guilty of Count One, you must answer the following question:*

> The object of the conspiracy charged in Count One was to commit extortion under color of official right by obtaining payments from:
> *(check one)*
>
> _____ CPV
>
> _____ COR Development
>
> _____ Both CPV and COR Development

[1]

## COUNT TWO:
### Extortion Under Color of Official Right

On the charge of extortion under color of official right, we the jury find the Defendant JOSEPH PERCOCO:

Not Guilty ✓       Guilty _____

## COUNT THREE:
### Conspiracy to Commit Honest Services Wire Fraud

On the charge of conspiracy to commit honest services wire fraud as to the alleged CPV scheme, we the jury find the Defendant JOSEPH PERCOCO:

Not Guilty _____       Guilty ✓

On the charge of conspiracy to commit honest services wire fraud as to the alleged CPV scheme, we the jury find the Defendant PETER GALBRAITH KELLY, JR.:

Not Guilty _____       Guilty _____    DEADLOCK

## COUNT FOUR:
### Conspiracy to Commit Honest Services Wire Fraud

On the charge of conspiracy to commit honest services wire fraud as to the alleged COR Development scheme, we the jury find the Defendant JOSEPH PERCOCO:

Not Guilty _____       Guilty ✓

On the charge of conspiracy to commit honest services wire fraud as to the alleged COR Development scheme, we the jury find the Defendant STEVEN AIELLO:

Not Guilty _____       Guilty ✓

On the charge of conspiracy to commit honest services wire fraud as to the alleged COR Development scheme, we the jury find the Defendant JOSEPH GERARDI:

Not Guilty ✓       Guilty _____

## COUNT FIVE:
### Solicitation of Bribes or Gratuities

On the charge of solicitation of bribes or gratuities as to the alleged CPV scheme, we the jury find the Defendant JOSEPH PERCOCO:

Not Guilty _____    Guilty __✓__

## COUNT SIX:
### Solicitation of Bribes or Gratuities

On the charge of solicitation of bribes or gratuities as to the alleged COR Development scheme, we the jury find the Defendant JOSEPH PERCOCO:

Not Guilty __✓__    Guilty _____

## COUNT SEVEN:
### Payment of Bribes or Gratuities

On the charge of payment of bribes or gratuities as to the alleged CPV scheme, we the jury find the Defendant PETER GALBRAITH KELLY, JR.:

Not Guilty _____    Guilty _____    DEADLOCKED

## COUNT EIGHT:
### Payment of Bribes or Gratuities

On the charge of payment of bribes or gratuities as to the alleged COR Development scheme, we the jury find the Defendant STEVEN AIELLO:

Not Guilty __✓__    Guilty _____

On the charge of payment of bribes or gratuities as to the alleged COR Development scheme, we the jury find the Defendant JOSEPH GERARDI:

Not Guilty __✓__    Guilty _____

### COUNT NINE:
### False Statements

On the charge of making false statements, we the jury find the Defendant STEVEN AIELLO:

Not Guilty ___✓___          Guilty _____

### COUNT TEN:
### False Statements

On the charge of making false statements, we the jury find the Defendant JOSEPH GERARDI:

Not Guilty ___✓___          Guilty _____

*You are finished. The foreperson should ensure that each juror agrees with the answer to each question. If so, the foreperson should date and sign below.*

Dated: ___3/13___, 2018 at __11: 45__ a.m./p.m.

_____
Foreperson

[4]