USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/18/2018

16-CR-776

RECEIVED
OCT 18 2018
VALERIE CAPRONI
U.S. DISTRICT JUDGE
S.D.N.Y.

September 6, 2018

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Street
New York, NY 10007

Re: Letter of Support for Joseph Gerardi

Dear Judge Caproni:

I am writing to provide context around my relationship with Joe Gerardi. Joe and I met each other while I was just out of college over 28 years ago. I was working for Bergmann Associates, an engineering firm that the Widewaters Group hired to design a new shopping center in Webster, NY. Joe was the Project Manager for the The Widewaters Group at the time. Our relationship was at first simply business, but Joe was always very respectful and treated me fairly. Overtime we worked on various projects while he was at Widewaters.

Joe and his partners started COR Development, and their first project was Clay Towne Center in 1999. Understanding our capabilities and always trying to be loyal to people that helped him along the way, COR Development hired Bergmann to provide civil engineering and permitting for the project. Understanding the importance of a first successful project, Joe and I spent a significant amount of time together. It was through this process we began to form a friendship. After Clay we soon worked on several other projects for COR and across New York State. It was during this time I got to know Joe and his family.

As a professional I witnessed Joe always being respectful to planning board members, town and state officials and state agencies. He worked hard to build a relationship and trust with all the stakeholders in the project. I learned a great deal from Joe, on how to work with various people. Joe was also very observant of the environment and legal aspects of development.

As a client Joe was always fair and honest. As with many developer clients, payment was tied to funding and Joe was always straight forward with how our firm would be paid. The company was always treated fairly and a "hand shake" was as good as any contract. Joe was demanding on deliverables and quality but always knew what needed to get done, and provided us time to get the job done right.

As a friend, Joe was a family man first. He loves his children, ▮▮▮▮▮ and his wife ▮▮▮▮. We would speak frequently about our children and how proud we were of them. When ▮▮▮ was born with ▮▮▮▮▮ I could see how much Joe worried about his son. Joe would often prefer to go home and have dinner with his wife and kids then to go out and have dinner with clients. My wife and I have had several dinners with the Gerardi's, and every time we would admire the love they have for each other. Joe grew up very simply and worked hard, I believe Joe was truly humbled by his success and never forgot where he came from.

I have seen firsthand that Joe has benefitted the communities he has worked, and I believe that sentencing Joe to community service would be beneficial to the communities that need help around Syracuse. Joe can use his years of knowledge to help build communities. Joe remains

an important part of his kids' lives and separating them, by imprisonment, would significantly impact the lives of 4 people. I believe that Joe would use his time in probation and/or community service very productively, benefitting many people. His good nature, humor and love for people will make a positive impact on anyone who comes in contact with him.

Respectfully submitted

*[signature]*

Pietro V. Giovenco