Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

### United States District Court

Southern District of New York

Caption:
United States of America
v.

Joseph Gerardi

Docket No.: S2 16 CR 776 (VEC)
Judge Valerie E. Caproni
(District Court Judge)

Notice is hereby given that Joseph Gerardi appeals to the United States Court of Appeals for the Second Circuit from the judgment [✓], other [ ] _____ (specify) entered in this action on December 11, 2018 (date).

This appeal concerns: Conviction only [ ]   Sentence only [ ]   Conviction & Sentence [✓]   Other [ ]

Defendant found guilty by plea [ ]   trial [✓]   N/A [ ].

Offense occurred after November 1, 1987? Yes [✓]   No [ ]   N/A [ ]

Date of sentence: December 6, 2018   N/A [ ]

Bail/Jail Disposition: Committed [ ]   Not committed [ ]   N/A [ ]

Appellant is represented by counsel? Yes [✓]   No [ ]   If yes, provide the following information:

Defendant's Counsel: Milton L. Williams
Counsel's Address: One Battery Park Plaza, 34th Floor
New York, NY 10004
Counsel's Phone: 212-335-2963

Assistant U.S. Attorney: Robert Boone
AUSA's Address: One St. Andrew's Plaza
New York, NY 10007
AUSA's Phone: 212-637-2208

Signature

```
Court Name: District Court
Division: 1
Receipt Number: 465401224685
Cashier ID: Vfrrokaj
Transaction Date: 12/13/2018
Payer Name: WALDEN MACHT AND HARAN LLP
----------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: JOSEPH GERARDI
 Amount:          $505.00
----------------------------------------
CHECK
 Check/Money Order Num: 2471
 Amt Tendered:   $505.00
----------------------------------------
Total Due:       $505.00
Total Tendered:  $505.00
Change Amt:      $0.00

16CR776
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

JOSEPH PERCOCO et al.,

Defendant

No. S2 16 CR 776 (VEC)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                    )   ss:
COUNTY OF NEW YORK  )

ARIELLE GERBER, being duly sworn, deposes and states that I am not a party to this proceeding, am over 18 years of age and am employed by Walden Macht & Haran LLP.

On December 12, 2018, I served a true and correct copy of the Notice of Appeal via FedEx upon the following parties:

Janis Echenberg
U.S. Attorney's Office, SDNY
One St. Andrew's Plaza
New York, NY 10007

Stephen R. Coffey
O'Connel & Aronowitz, P.C.,
54 State Street
Albany, NY 12207

Alexandra A.E. Shapiro
Shapiro Arato LLP
500 Fifth Avenue, 40th Floor
New York, NY 10110

Daniel M. Gitner
Lankler Siffert & Wohl LLP
500 Fifth Avenue, 33rd Floor
New York, NY 10110

Barry A. Bohrer
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022

Michael Lloyd Yaeger
Carlton Fields Jorden Burt, P.A.
405 Lexington Ave., 36th Floor
New York, NY 10174

Michael Campion Miller
Steptoe & Johnson, LLP
1114 Avenue of the Americas
New York, NY 10036

Daniel C. Oliverio
Hodgson Russ LLP
140 Pearl Street, Suite 100
Buffalo, NY 14202

Jessica Ann Masella
DLA Piper LLP
1251 Avenue of the Americas
New York, NY 10020

Paul Lewis Shechtman
Bracewell LLP
1251 Avenue of the Americas
49th Floor
New York, NY 10020

Said service was made by depositing a true copy of said document, enclosed in properly-addressed post-paid FedEx envelopes, in an official FedEx depository within the State of New York.

_____
ARIELLE GERBER

Sworn to before me this
12th day of December, 2018

_____
Notary Public

Christopher Dioguardi
Notary Public State of New York
New York County
Lic. #02DI6351200
Comm. Exp. 11/28/20