U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 11, 2022

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/12/2022

**BY ECF**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States v. Aiello & Gerardi*, S2 16 Cr. 776 (VEC)

Dear Judge Caproni:

The Government writes on behalf of the parties regarding forfeiture to be made by defendants Steven Aiello and Joseph Gerardi. On February 11, 2019, the Court entered Consent Preliminary Orders of Forfeiture/Money Judgment imposing forfeiture money judgments against Aiello and against Gerardi each in the amount of $898,954.20 in United States currency to be paid, pursuant to agreement by Aiello and Gerardi, 30 days after the mandate of the United States Court of Appeals for the Second Circuit issued. The mandate issued on December 14, 2021, and the 30th day after issuance will occur on or about January 13, 2022. The parties are currently negotiating a proposed supplemental schedule for payment and securing that payment, but do not expect those discussions to conclude by January 13, 2022. Accordingly, the parties respectfully request that the Court extend by 30 days the previously agreed upon deadline for payment of forfeiture by Aiello and Gerardi each.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _s/_____
    Janis Echenberg
    Matthew Podolsky
    Assistant United States Attorneys
    (212) 637-2597/1947

cc: Counsel of record (via ECF)

Application GRANTED. The deadline for payment of forfeiture by Messrs. Aiello and Gerardi is extended to **February 14, 2022**.

SO ORDERED.

*[signature]*   1/12/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE